# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                Chapter 13

                Bankruptcy No. 15-12367-AMC

KATERINE MORELAND

6627 N. GRATZ STREET

PHILADELPHIA, PA 19126-

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    KATERINE MORELAND

    6627 N. GRATZ STREET

    PHILADELPHIA, PA 19126-

Counsel for debtor(s), by electronic notice only.

    GEORGETTE MILLER
    335 EVESHAM AV

    LAWNSIDE, NJ 08045-

Date: 1/19/2017

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee