## UNITED STATES BANKRUTPCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

KATERINE MORELAND                                        Chapter 13


                    Debtor              Bankruptcy No. 15-12367-AMC


### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

**AND NOW**, this _____ day of _____, 201_ upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.


_____
Ashely M. Chan
Bankruptcy Judge


William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
GEORGETTE MILLER
335 EVESHAM AV

LAWNSIDE, NJ 08045-


Debtor:
KATERINE MORELAND

6627 N. GRATZ STREET

PHILADELPHIA, PA 19126-