```
                         United States Bankruptcy Court
                         Eastern District of Pennsylvania

In re:                                                      Case No. 15-12367-amc
Katherine Moreland                                          Chapter 13
        Debtor
                             CERTIFICATE OF NOTICE
District/off: 0313-2         User: John              Page 1 of 2          Date Rcvd: Mar 24, 2017
                             Form ID: pdf900         Total Noticed: 55


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 26, 2017.
db            +Katherine Moreland,   6627 N. Gratz Street,   Philadelphia, PA 19126-2633
13578548       American InfoSource LP as agent for,   DIRECTV, LLC,   PO Box 51178,
                Los Angeles, CA 90051-5478
13504951      +Ar Resources Inc,   1777 Sentry Pkwy W,   Blue Bell, PA 19422-2206
13505150      +Credit Acceptance,   25505 West Twelve Mile Rd,   Suite 3000,   Southfield MI 48034-8331
13504956      +Credit Acceptance,   Po Box 513,   Southfield, MI 48037-0513
13504959      +Dr Leonards/Carol Wrig,   1515 S 21st St,   Clinton, IA 52732-6676
13504960      +Dynamic Recovery Solut,   135 Interstate Blvd Unit,   Greenville, SC 29615-5720
13504963       EOS CCA,   PO BOX 439,   Norwell, MA 02061-0439
13504961      +Edu-Lend, Llc,   2649 Gulf To Bay Blvd,   Clearwater, FL 33759-4936
13504962      +Eos Cca,   Po Box 981008,   Boston, MA 02298-1008
13504965      +Grandpointe,   1112 7th Ave,   Monroe, WI 53566-1364
13545621      +K. Jordan,   c/o Creditors Bankruptcy Service,   P.O. Box 800849,   Dallas, TX 75380-0849
13545622      +Mason,   c/o Creditors Bankruptcy Service,   P.O. Box 800849,   Dallas, TX 75380-0849
13545623      +Massey's,   c/o Creditors Bankruptcy Service,   P.O. Box 800849,   Dallas, TX 75380-0849
13564119      +MidFirst Bank,   999 NorthWest Grand Boulevard,   Oklahoma City, OK 73118-6051
13840285      +MidFirst Bank,   c/o THOMAS I. PULEO,   KML Law Group, P.C.,   701 Market Street, Suite 5000,
                Philadelphia, PA 19106-1541
13504967      +Midfirst Bank,   3476 Stateview Blvd.,   Fort Mill, SC 29715-7203
13504970      +Midnight Velvet,   1112 7th Ave,   Monroe, WI 53566-1364
13504972      +Monroe And Main,   1112 7th Ave,   Monroe, WI 53566-1364
13559629       Navient Solutions Inc.,   Department of Education Loan Services,   Po Box 9635,
                Wilkes-Barre PA. 18773-9635
13504973      +PA-SCDU,   PO Box 69110,   Harrisburg, PA 17106-9110
13504974      +Philadelphia Gas Works,   800 Montgomery Avenue,   Philadelphia, PA 19122-2898
13504976      +Premium Auto,   Pob 59,   Prospect Park, PA 19076-0059
13543722      +Rue Education Publishers LLC,   2649 Gulf to Bay Blvd.,   Clearwater, FL 33759-4936
13504979      +Seventh Avenue,   1112 7th Ave,   Monroe, WI 53566-1364
13544838      +Stoneberry,   c/o Creditors Bankruptcy Service,   P.O. Box 800849,   Dallas, TX 75380-0849
13504980      +Through The Country Do,   1112 7th Ave,   Monroe, WI 53566-1364
13504982      +Verizon,   500 Technology Dr Ste 30,   Weldon Spring, MO 63304-2225
13504983      +Verizon Wireless,   1 Verizon Pl,   Alpharetta, GA 30004-8510
13504985      +Xerox Soluti,   Pob 41818,   Philadelphia, PA 19101-1818
13504955      +convergent,   800 SW 39th street,   po box 9004,   Renton, WA 98057-9004

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: bankruptcy@phila.gov Mar 25 2017 02:12:38     City of Philadelphia,
                City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 25 2017 02:11:31
                Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 25 2017 02:12:29     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
13523648       E-mail/Text: g20956@att.com Mar 25 2017 02:13:20     AT&T Mobility II LLC,
                % AT&T Services, Inc,   Karen Cavagnaro, Paralegal,   One AT&T Way, Room 3A104,
                Bedminster, NJ 07921-2693
13511592       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 25 2017 02:20:41
                American InfoSource LP as agent for,   T Mobile/T-Mobile USA Inc,   PO Box 248848,
                Oklahoma City, OK  73124-8848
13553290       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 25 2017 02:20:59
                American InfoSource LP as agent for,   Verizon,   PO Box 248838,
                Oklahoma City, OK  73124-8838
13508825       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 25 2017 02:20:41
                American InfoSource LP as agent for,   Spot Loan,   PO Box 248838,
                Oklahoma City, OK  73124-8838
13504952      +E-mail/Text: g20956@att.com Mar 25 2017 02:13:20     At&t,   P.O.Box 537104,
                Atlanta, GA 30353-7104
13545945      +E-mail/Text: bnc@atlasacq.com Mar 25 2017 02:11:14     Atlas Acquisitions LLC,   294 Union St.,
                Hackensack, NJ 07601-4303
13603194       E-mail/Text: bankruptcy@phila.gov Mar 25 2017 02:12:37     City of Philadelphia,
                Law Department Tax Unit,   Bankruptcy Group, MSB,   1401 John F. Kennedy Blvd., 5th Floor,
                Philadelphia, PA 19102-1595
13511722      +E-mail/Text: bankruptcy@cavps.com Mar 25 2017 02:12:21     Cavalry SPV I, LLC,
                500 Summit Lake Drive, Ste 400,   Valhalla, NY 10595-1340
13504954      +E-mail/Text: ned-collections_bankruptcydocuments@comcast.com Mar 25 2017 02:13:19     Comcast,
                503 South Cedar Avenue,   Upper Darby, PA 19082-5401
13504957      +E-mail/Text: bankruptcy_notifications@ccsusa.com Mar 25 2017 02:13:36     Credit Coll,
                Po Box 9134,   Needham, MA 02494-9134
13504958      +E-mail/PDF: pa_dc_ed@navient.com Mar 25 2017 02:07:25     Dept Of Ed/Navient,   Po Box 9635,
                Wilkes Barre, PA 18773-9635
13504964      +E-mail/Text: Bankruptcy@FCScollects.com Mar 25 2017 02:13:38     First Collection Svcs,
                10925 Otter Creek Rd E,   Mabelvale, AR 72103-1661
```

```
District/off: 0313-2           User: John                  Page 2 of 2                   Date Rcvd: Mar 24, 2017
                               Form ID: pdf900             Total Noticed: 55


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
13504966       +E-mail/Text: bankruptcy@icsystem.com Mar 25 2017 02:13:20       I C System Inc,    Po Box 64378,
                 Saint Paul, MN 55164-0378
13546738        E-mail/PDF: resurgentbknotifications@resurgent.com Mar 25 2017 02:07:17
                 LVNV Funding, LLC its successors and assigns as,     assignee of CitiFinancial, Inc.,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13504968       +E-mail/Text: bankruptcydpt@mcmcg.com Mar 25 2017 02:12:10       Midland Funding,
                 8875 Aero Dr Ste 200,    San Diego, CA 92123-2255
13580954        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 25 2017 02:20:40
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13579462       +E-mail/Text: equiles@philapark.org Mar 25 2017 02:13:28       Philadelphia Parking Authority,
                 701 Market St.,   Suite 5400,    Philadelphia, PA 19106-2895
13504975       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 25 2017 02:21:44
                 Portfolio Recovery Ass,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502-4952
13504977       +E-mail/Text: bankruptcy@rentacenter.com Mar 25 2017 02:13:39       Rent A Center,
                 5501 Headquarters Drive,    Plano, TX 75024-5845
13524989        E-mail/Text: appebnmailbox@sprint.com Mar 25 2017 02:12:10       Sprint,    Attn Bankruptcy Dept,
                 PO Box 7949,   Overland Park KS 66207-0949
13504984       +E-mail/Text: james.feighan@phila.gov Mar 25 2017 02:13:36       Water Revenue Bureau,
                 1401 JFK Boulevard,    Philadelphia, PA 19102-1663
                                                                                               TOTAL: 24

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13504969*     +Midland Funding,    8875 Aero Dr Ste 200,   San Diego, CA 92123-2255
13504978*     +Rent A Center,    5501 Headquarters Drive,   Plano, TX 75024-5845
13504986*     +Xerox Soluti,    Pob 41818,   Philadelphia, PA 19101-1818
13504987*     +Xerox Soluti,    Pob 41818,   Philadelphia, PA 19101-1818
13504953     ##+Cash point,    3503 Philadelphia Pike,   Claymont, DE 19703-3106
13504971     ##+Milstead & Associates, LLC,    Woodland Falls Corporate Park,    220 Lake Drive East, Ste. 301,
                Cherry Hill, NJ 08002-1165
13504981     ##+Transworld System Inc/,    2235 Mercury Way Ste 275,   Santa Rosa, CA 95407-5463
                                                                                 TOTALS: 0, * 4, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 26, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 24, 2017 at the address(es) listed below:
              ANDREW F GORNALL    on behalf of Creditor    MidFirst Bank agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              GEORGETTE   MILLER    on behalf of Debtor Katherine   Moreland info@georgettemillerlaw.com,
               georgettemillerlaw@gmail.com;MLee@georgettemillerlaw.com;gmecfmail@gmail.com;cfink@georgettemille
               rlaw.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    MidFirst Bank bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              THOMAS I. PULEO    on behalf of Creditor    MidFirst Bank tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                               TOTAL: 6
```

UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

KATERINE MORELAND                                Chapter 13

                    Debtor             Bankruptcy No. 15-12367-AMC

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

AND NOW, this _____ day of _____, 201_ upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_____
Ashely M. Chan
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA 19105

Debtor's Attorney:
GEORGETTE MILLER
335 EVESHAM AV

LAWNSIDE, NJ 08045-

Debtor:
KATERINE MORELAND

6627 N. GRATZ STREET

PHILADELPHIA, PA 19126-